No. 66821.—S. P. Eisner & Co. et al. *v.* United States, protests 58/12853, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of metal articles similar in all material respects to those the subject of Abstract 65737, the claim of the plaintiffs was sustained.

No. 66822.—Louis Greenberg & Son, Inc., et al. *v.* United States, protests 59/24305, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of metal articles similar in all material respects to those the subject of Abstract 65737, the claim of the plaintiffs was sustained.

No. 66823.—Illfelder Importing Co., Inc. *v.* United States, protest 61/18480 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of metal articles similar in all material respects to those the subject of Abstract 65737, the claim of the plaintiff was sustained.